IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JIMMIE HAROLD CAUDLE, JR.,           )<br>                                                          )<br>         Plaintiff,                              )<br>                                                          )<br>vs.                                                    )<br>                                                          )<br>OFFICE OF BONNEVILLE COUNTY  )<br>PROSECUTING ATTORNEY, DANE  )<br>H. WATKINS, JR., Prosecuting            )<br>Attorney; BONNEVILLE COUNTY   )<br>SHERIFF'S OFFICE, BYRON              )<br>STOMMEL, Bonneville County Sheriff, )<br>JOHN DOES I-XX,                             )<br>                                                          )<br>         Defendants.                           )<br>_____ ) | Case No. CV04-569-E-MHW<br><br>**JUDGMENT** |

      On September 28, 2005, the Court entered an Order dismissing this action.  Both parties have consented to the jurisdiction of a magistrate judge to determine the matter, in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.  Based upon the Order dismissing the action, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED with prejudice.



DATED: September 28, 2005

_____
Honorable Mikel H. Williams
United States Magistrate Judge

**JUDGMENT - 1**